# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0156. MARCUS JACKSON v. JACOB BEASLEY, WARDEN.

Marcus Jackson appeals to this Court from the trial court's order dismissing his petition for habeas corpus as untimely. Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/14/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*